# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147370

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL ADAM TORRES,
     Defendant-Appellant.

SC: 147370
COA: 312681
Lenawee CC: 09-014276-FH;
09-014277-FH; 09-014288-FH

_____/

     On order of the Court, the application for leave to appeal the May 16, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

d1118